**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Middleton, Maybelle and Charles Middleton | : | 02-CV-5898 |
| Donley, James and Mildred Donley | : | 02-CV-6506 |
| Flores, Jose and Paula Flores | : | 02-CV-5009 |
| Daniels, John and Linda D. Daniels | : | 02-CV-4957 |
| Heppes, Ruth and Ruth Heppes | : | 02-CV-5617 |
| Garcia, Henry and Lydia Garcia | : | 02-CV-5049 |
| Osborne, Judith and Philip Osborne | : | 02-CV-5470 |
| Foster, Ronal and Brenda Foster | : | 02-CV-5085 |
| Strehl, Michael Sr. and Rebecca L. Strehl | : | 02-CV-6339 |
| Harris, Delores and Chris Harris | : | 02-CV-5116 |
| Fowler, Willis and Phyllis Fowler | : | 02-CV-6523 |
| Alcarez, Ramona and Anthony Alcarez | : | 02-CV-6621 |
| Whiteside, Don and Linda L. Whiteside | : | 02-CV-4245 |
| Miyasaki, Wallace and Kazuko Miyasaki | : | 02-CV-5826 |
| Pentimone, Dominic and Joan Pentimone | : | 02-CV-5565 |
| Hart, Gerrie | : | 02-CV-6556 |
| Purvis, Gary and Leigh Ann Purvis | : | 02-CV-6244 |
| Scott, Terry | : | 02-CV-5408 |

2

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Lind, Morten and Dorothy M. Lind | 02-CV-5482 |
| Fetzner, Julie | 02-CV-6057 |
| Goldzman, Steven | 02-CV-6462 |
| Stephens, Frank and Kathleen Stephens | 02-CV-6317 |
| Harlan, Charles and Nola Harlan | 02-CV-5130 |
| Risini, Francisco | 02-CV-5434 |
| Siminuk, Mike and Anne Siminuk | 02-CV-4251 |
| Aranda, Nestor and Jacqueline Aranda | 02-CV-4914 |
| Smith, Mildred | 02-CV-5427 |
| Franklin, James and Appie Franklin | 02-CV-5126 |
| Patlan, Carmen | 02-CV-6641 |
| Lorie Bross | 02-CV-6173 |

## STIPULATION TO EXTEND TIME

The undersigned parties, through their respective counsel, hereby stipulate and agree that the time in which Defendant Bayer Corporation ("Bayer") may answer the Complaint is extended until December 30, 2002. Defendant Bayer agrees not to assert an insufficiency of process defense in its Answer.

This is the first extension of time granted to Defendant Bayer and does not exceed thirty (30) days.

| **WEITZ & LUXENBERG, P.C.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
|---|---|
| By:_____ <br> Jerry Kristal, Esquire <br> PA Bar I.D. No. 38332 <br> Franklin P. Solomon, Esquire <br> PA Bar I.D. No. 74231 <br> 51 Haddonfield Road, Suite 160 <br> Cherry Hill, NJ 08002 <br> **(Attorneys for Plaintiff)** | By:_____ <br> Albert G. Bixler, Esquire <br> PA Bar I.D. No. 45639 <br> 1515 Market Street, Ninth Floor <br> Philadelphia, PA 19102 <br> **(Attorney for Defendant Bayer Corporation)** |
| Dated:_____ | Dated:_____ |

**APPROVED:**

_____
                                                                **J.**

*M0385209.DOC*

3